IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAJAH H. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV85 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BRACKEN, PAM BRACKEN, and JEFFREY WHITE, | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees

April 11, 2008.   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge